No. 98–7077. SAUCEDA VEGA *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. ▮

JANUARY 25, 1999

No. 98–881. MINNESOTA MUTUAL LIFE INSURANCE CO. *v.* HAGAN ET AL.; and

No. 98–911. PARAGON FINANCIAL SERVICES, INC., ET AL. *v.* HAGAN ET AL. Sup. Ct. Ala. Certiorari dismissed under this Court's Rule 46.1. Reported below: 721 So. 2d 167.

No. 98–945. BRYAN *v.* NORFOLK SOUTHERN RAILWAY CO. C. A. 8th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. D–2007. IN RE DISBARMENT OF MONSOUR. Disbarment entered. [For earlier order herein, see *ante,* p. 958.]

No. D–2010. IN RE DISBARMENT OF BEREANO. Disbarment entered. [For earlier order herein, see *ante,* p. 998.]

No. D–2014. IN RE DISBARMENT OF MYERSON. Disbarment entered. [For earlier order herein, see *ante,* p. 998.]

No. M–39. WOODS *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. M–40. SCHUBERT *v.* SUPERIOR COURT OF WASHINGTON. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.